No. 621, Misc.  STUDEMEYER *v.* MACY, CHAIRMAN, U. S. CIVIL SERVICE COMMISSION, ET AL.  United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.  *Claude L. Dawson* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas* and *Sherman L. Cohn* for respondents.

No. 633, Misc.  WARE *v.* INDIANA.  Supreme Court of Indiana.  Certiorari denied.

No. 646, Misc.  PIZARRO *v.* NEW YORK.  Court of Appeals of New York.  Certiorari denied.

No. 647, Misc.  ROBERTS *v.* NEW YORK.  Supreme Court of New York, Bronx County.  Certiorari denied.

No. 649, Misc.  WILLIAMS *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 650, Misc.  CISNEROS *v.* HEINZE, WARDEN, ET AL. Supreme Court of California.  Certiorari denied.

No. 655, Misc.  WASHINGTON *v.* ILLINOIS.  Criminal Court of Cook County, Illinois.  Certiorari denied.

No. 658, Misc.  WALKER *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.